UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| NEW MEXICO FARM & LIVESTOCK BUREAU; NEW MEXICO CATTLE GROWERS' ASSOCIATION; and NEW MEXICO FEDERAL LANDS COUNCIL, | ) ) ) ) ) | Case No. 15-CV-00428-LAM-CG **CERTIFICATION OF GOOD STANDING OF NON-MEMBER ATTORNEYS** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | L.R. 83.3(a) |
| UNITED STATES DEPARTMENT OF THE INTERIOR; SALLY JEWELL, in her official capacity as Secretary of the United States Department of the Interior; UNITED STATES FISH AND WILDLIFE SERVICE; and DANIEL M. ASHE,  in his official capacity as Director of the United States Fish and Wildlife Service, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| CENTER FOR BIOLOGICAL DIVERSITY and DEFENDERS OF WILDLIFE | ) ) ) | |
| Applicants-in-Intervention/Defendants. | ) ) | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT:

(1)     I, Douglas Wolf, have entered an appearance in this case and am a member in

good standing of the Federal Bar;

(2)     Pursuant to Local Rule 83.3(a), I am associating with the following non-member

attorneys on behalf of Applicants-in-Intervention Center for Biological Diversity and Defenders

of Wildlife ("Intervenors"):

> John Buse (CA Bar No. 163156)
> CENTER FOR BIOLOGICAL DIVERSITY
> 1212 Broadway, Suite 800
> Oakland, CA 94612
> Telephone:     (510) 844-7125
> Email:         jbuse@biologicaldiversity.org
>
> Amy Atwood (OR Bar No. 060407)
> CENTER FOR BIOLOGICAL DIVERSITY
> PO BOX 11374
> Portland, OR 97211-0374
> Telephone:     (971) 717-6401
> Email:         atwood@biologicaldiversity.org
>
> Michael Senatore (DC Bar No. 453116)
> DEFENDERS OF WILDLIFE
> 1130 17th Street, NW
> Washington, DC 20036
> Telephone:     (202) 772-3221
> Email:         msenatore@defenders.org
>
> Karimah Schoenhut (PA Bar No. 313925)
> DEFENDERS OF WILDLIFE
> 1130 17th Street, NW
> Washington, DC 20036
> Telephone:     (202) 772-3217
> Email:         kschoenhut@defenders.org

(3)     I certify that the above attorneys are all members in good standing of their

respective state/District of Columbia bars; and

(4)     I will accept service on behalf of Intervenors, and will continue in the action

unless another federal bar member is associated.

Certification of Good Standing                    Case No. 15-CV-00428-LAM-CG

RESPECTFULLY SUBMITTED this 17th day of August, 2015

/s/ Douglas Wolf
Douglas Wolf (NM Bar No. 7473)
CENTER FOR BIOLOGICAL DIVERSITY
1411 K Street NW, Suite 1300
Washington, DC 20005-3412
Telephone:    (202) 510-5604
Email:            dwolf@biologicaldiversity.org

Certification of Good Standing                    Case No. 15-CV-00428-LAM-CG

I HEREBY CERTIFY that on the 17th day of August, 2015, I filed the foregoing document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:


| | |
|---|---|
| Nicole M. Smith<br>Email: nicole.m.smith@usdoj.gov | Attorney for Defendants United States Department of the Interior; Sally Jewell; United States Fish and Wildlife Service; and Daniel M. Ashe |
| Anthony L. Francois<br>Email: TFrancois@pacificlegal.org | Attorney for Plaintiffs New Mexico Farm & Livestock Bureau; New Mexico Cattle Growers' Association; and New Mexico Federal Lands Council |
| | /s/ Douglas Wolf<br>Douglas Wolf<br>Attorney for Applicants-in-Intervention<br>CENTER FOR BIOLOGICAL DIVERSITY and DEFENDERS OF WILDLIFE |