IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO FARM & LIVESTOCK
BUREAU; NEW MEXICO CATTLE
GROWERS' ASSOCIATION; and NEW
MEXICO FEDERAL LANDS COUNCIL,

     Plaintiffs,

ARIZONA AND NEW MEXICO COALITION
OF COUNTIES FOR STABLE ECONOMIC
GROWTH; PIMA NATURAL RESOURCE
CONSERVATION DISTRICT; SOUTHERN
ARIZONA CATTLEMEN'S PROTECTIVE
ASSOCIATION; and JIM CHILTON,

     Plaintiff-Intervenors

vs.                                                                                              Civ. No. 15-428 KG/CC

UNITED STATES DEPARTMENT OF THE
INTERIOR; SALLY JEWEL, in her official
capacity as Secretary of the United States
Department of the Interior; UNITED STATES
FISH AND WILDLIFE SERVICE; and
DANIEL M. ASHE, in his official capacity as
Director of the United States Fish and Wildlife
Service,

     Defendants,

CENTER FOR BIOLOGICAL DIVERSITY
and DEFENDERS OF WILDLIFE,

     Defendant-Intervenors.

<u>ORDER DENYING MOTION TO TRANSFER VENUE
TO THE DISTRICT OF ARIZONA (DOC. 48)</u>

     This matter comes before the Court upon Defendant-Intervenors' Motion to Transfer

Venue to the District of Arizona (Motion to Transfer Venue), filed on May 23, 2016.  (Doc. 48).

Plaintiffs filed a response on June 9, 2016, and Plaintiff-Intervenors filed a response on June 6,

2016.  (Docs. 55 and 51).  Defendant-Intervenors filed a consolidated reply on June 20, 2016. (Doc. 56).  Defendants take no position on the Motion to Transfer Venue.

On July 14, 2016, the Court held a telephonic hearing on the Motion to Transfer Venue. At the telephonic hearing, Karimah Schoenhut and John Buse represented Defendant-Intervenors, Raymond Nhan represented Plaintiffs, Karen Budd-Falen represented Plaintiff-Intervenors, and Nicole Smith represented Defendants.

Having considered the Motion to Transfer Venue, the accompanying briefing, the relevant law, and the argument of counsel at the telephonic hearing, and for the reasons stated on the record, the Court DENIES the Motion to Transfer Venue (Doc. 48).

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE