IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO FARM & LIVESTOCK BUREAU;
NEW MEXICO CATTLE GROWERS'
ASSOCIATION; and NEW MEXICO FEDERAL
LANDS COUNCIL,

    Plaintiffs,

v.                                                                                              No. 2:15-cv-00428-KG-CG

UNITED STATES DEPARTMENT OF THE
INTERIOR; SALLY JEWELL, in her official capacity
as Secretary of the United States Department of the
Interior; UNITED STATES FISH AND WILDLIFE
SERVICE; and DANIEL M. ASHE, in his official
capacity as Director of the United States Fish and
Wildlife Service,

    Defendants,

CENTER FOR BIOLOGICAL DIVERSITY and
DEFENDERS OF WILDLIFE,

    Defendant - Intervenors.

## FINAL ORDER

Pursuant to the Memorandum Opinion and Order denying Plaintiffs' petition to overturn a final agency rule (Doc. 69), the Court enters this Final Order under FED. R. CIV. P. 58, affirming the decision of the United States Fish and Wildlife Service and dismissing this action with prejudice.

**IT IS SO ORDERED**.

                                                                                                                                          UNITED STATES DISTRICT JUDGE