IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO FARM & LIVESTOCK BUREAU;
NEW MEXICO CATTLE GROWERS'
ASSOCIATION; and NEW MEXICO FEDERAL
LANDS COUNCIL,

        Plaintiffs,

v.                                                                                          CIV 15-0428 KG/CG

UNITED STATES DEPARTMENT OF THE
INTERIOR; SALLY JEWELL, in her official capacity
as Secretary of the United States Department of the
Interior; UNITED STATES FISH AND WILDLIFE
SERVICE; and DANIEL M. ASHE, in his official
capacity as Director of the United States Fish and
Wildlife Service,

        Defendants,

CENTER FOR BIOLOGICAL DIVERSITY and
DEFENDERS OF WILDLIFE,

        Defendant - Intervenors.

**ORDER SETTING A TELEPHONIC STATUS CONFERENCE**

IT IS HEREBY ORDERED that a status conference will be held by telephone on

**THURSDAY, JUNE 4, 2020, AT 1:30 PM (MDT)**.   Counsel shall call the AT&T conference

line at 1-888-398-2342, using access code 9614892, to be connected to the proceedings.

CALLS WILL BE ACCEPTED FROM LANDLINES ONLY; NO CELL PHONES PLEASE.

_____
UNITED STATES DISTRICT JUDGE