IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

NEW MEXICO FARM & LIVESTOCK BUREAU;
NEW MEXICO CATTLE GROWERS'
ASSOCIATION; and NEW MEXICO FEDERAL
LANDS COUNCIL,

    Plaintiffs,

v.    No. 2:15-cv-00428-KG-CG

UNITED STATES DEPARTMENT OF THE
INTERIOR; SALLY JEWELL, in her official capacity
as Secretary of the United States Department of the
Interior; UNITED STATES FISH AND WILDLIFE
SERVICE; and DANIEL M. ASHE, in his official
capacity as Director of the United States Fish and
Wildlife Service,

    Defendants,

CENTER FOR BIOLOGICAL DIVERSITY and
DEFENDERS OF WILDLIFE,

    Defendant-Intervenors.

## ORDER

On June 4, 2020, the Court held a telephonic status conference. Christina Martin and Troy Francois appeared on behalf of Plaintiffs; Nicole Smith appeared on behalf of the federal Defendants; and John Buse appeared on behalf of Defendant-Intervenors. Having considered the comments by counsel, the Court ORDERS that:

    1. on or before June 26, 2020, the parties will submit to the Court a Stipulated Judgment;

    2. if the parties cannot agree to a Stipulated Judgment, Plaintiffs must file a brief on proposed remedies no later than June 26, 2020; Defendants and Defendant-Intervenors have until July 10, 2020, to file a response; and Plaintiffs have until July 24, 2020, to file a reply; and

3.  if necessary, any party may file a motion to extend the above deadlines.

_____
UNITED STATES DISTRICT JUDGE